UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**

NOV - 9 2007


CLERK

| | |
|---|---|
| THOMAS L. BARTAK and<br>CINDY S. KUHL, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES C. FITZGERALD, D.C.;<br>DAKOTA CHIROPRACTIC CLINICS,<br>P.C., d/b/a First Chiropractic Center;<br>DAVID J. BARNES, M.D.;<br>YANKTON MEDICAL CLINIC, P.C.;<br>MICHAEL SCHURRER, M.D.;<br>ANTHONY JAVUREK, M.D.;<br>AVERA SACRED HEART HOSPITAL;<br>MARK K. BECHTEL, M.D.;<br>YANKTON RADIOLOGY, LLP;<br>JOHN DOE(S);<br>JOHN DOE(S), M.D.;<br>JANE DOE(S), M.D. and<br>JOHN DOE(S), P.C.,<br><br>Defendants. | CIV. 07-4068-KES<br><br><br><br><br><br>ORDER DISMISSING<br>DEFENDANTS<br>FITZGERALD AND<br>DAKOTA CHIROPRACTIC<br>CLINICS, P.C. |

Pursuant to the Stipulation and Notice of Voluntary Dismissal, it is

hereby

ORDERED that defendants James C. Fitzgerald, D.C. and Dakota

Chiropractic Clinics, P.C. are dismissed from this case.

Dated November 9, 2007.

BY THE COURT:

Karen E. Schreier

KAREN E. SCHREIER
CHIEF JUDGE