UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**
FEB 2 2 2008
CLERK

| | |
|---|---|
| THOMAS L. BARTAK and<br>CINDY S. KUHL, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID J. BARNES, M.D.;<br>YANKTON MEDICAL CLINIC, P.C.;<br>MICHAEL SCHURRER, M.D.;<br>ANTHONY JAVUREK, M.D.;<br>AVERA SACRED HEART HOSPITAL;<br>MARK H. BECHTEL, M.D.; and<br>YANKTON RADIOLOGY, LLP;<br><br>Defendants. | CIV. 07-4068-KES<br><br><br><br><br><br><br>ORDER DISMISSING<br>DEFENDANT BECHTEL |

Pursuant to the Stipulation and Notice of Voluntary Dismissal, it is hereby

ORDERED that defendant Mark H. Bechtel, M.D., is dismissed from this case.

Dated February 22, 2008.

BY THE COURT:

/s/ Karen E. Schreier
KAREN E. SCHREIER
CHIEF JUDGE