UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| THOMAS L. BARTAK and CINDY S. KUHL, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID J. BARNES, M.D., YANKTON MEDICAL CLINIC, P.C., MICHAEL SCHURRER, M.D., ANTHONY JAVUREK, M.D., AVERA SACRED HEART HOSPITAL, MARK H. BECHTEL, M.D., YANKTON RADIOLOGY, LLP, JOHN DOE(S), JOHN DOE(S) M.D., JANE DOE(S), M.D., and JOHN DOE(S), P.C..<br><br>Defendants. | CIV. 07-4068<br><br>**STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV P. 41 (a)(ii) OF DEFENDANT AVERA SACRED HEART HOSPITAL ONLY** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The above named parties, by and through their respective counsel of record, hereby stipulate and agree to the immediate dismissal, without costs and with prejudice of Defendant Avera Sacred Heart Hospital pursuant to Fed. R. Civ. P 41(a)(ii). Pursuant to Rule 41, no further notice or order is required and dismissal shall be effective upon entry by the Clerk. The Plaintiffs' claims the remaining Defendants are unaffected by this stipulation.

Dated this 23rd day of June, 2008.

/s/ Kenneth E. Barker
Kenneth E. Barker
Barker Law Firm, LLC
P.O. Box 100
Belle Fourche, SD 57717
kbarker@barkerwilsonlaw.com

and

Jeffrey P. Welch
Larry C. Johnson
Johnson Welch P.C.
3628 N. 163rd Plaza
Omaha, NE 68116
jwelch@johnsonwelch.com
ljohnson@johnsonwelch.com
Attorney for Plaintiffs

Dated this 17th day of June, 2008.

*Kathryn J. Hoskins* (signature)
Kathryn J. Hoskins
Siegel, Barnett & Schutz
P.O. Box 1286
Sioux Falls, SD  57101
khoskins@sbslaw.net
Attorneys for Defendants David J. Barnes, M.D.
  and Yankton Medical Clinic, P.C.


Dated this 25 day of June, 2008.

*[signature: John C. Gray]*

John C. Gray
Heidman Law Firm, L.L.P.
1128 Historic Fourth Street
P.O. Box 3086
Sioux City, IA 51102
John.Gray@heidmanlaw.com
Attorney for Defendant Michael Schurrer, M.D.

Dated this __17__ day of June, 2008.

                               Robert L. Meadors
                               Brende & Schroeder Law Office
                               P.O. Box 1024
                               Sioux Falls, SD  57101-1024
                               rlm@bsmllp.com
                               Attorney for Defendant Anthony Javurek, M.D.

Dated this _____ day of June, 2008.

_____
Joseph Fitzgibbons
Fitzgibbons Law Firm
P.O. Box 496
Estherville, IA 51334
jfitz@fitzgibbonslawfirm.com
Attorney for Defendant Anthony Javurek, M.D.

Dated this 11th day of June, 2008.

*(signature)*
Richard O. Gregerson
Justin G. Smith
Woods, Fuller, Shultz & Smith, P.C.
300 S. Phillips Avenue, Suite 300
P.O. Box 5027
Sioux Falls, SD  57117-5027
Dick.Gregerson@woodsfuller.com
Justin.Smith@woodsfuller.com
Attorney for Defendants and Yankton Radiology, LLP

Dated this 26 day of June, 2008.

_____
Roger A. Sudbeck
BOYCE, GREENFIELD, PASHBY & WELK, L.L.P.
101 North Phillips Avenue, Suite 600
P.O. Box 5015
Sioux Falls, SD 57117-5015
(605) 336-2424
rasudbeck@bgpw.com
Attorneys for Defendant Avera Sacred Heart Hospital