UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| THOMAS L. BARTAK and<br>CINDY S. KUHL, husband and wife, | )<br>)<br>) | CIV. 07-4068-KES |
| Plaintiffs, | )<br>) | |
| vs. | )<br>) | JUDGMENT OF DISMISSAL |
| DAVID J. BARNES, M.D.;<br>YANKTON MEDICAL CLINIC, P.C.;<br>MICHAEL SCHURRER, M.D.;<br>ANTHONY JAVUREK, M.D.; and<br>YANKTON RADIOLOGY, LLP; | )<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

Pursuant to the motion for stipulation for dismissal with prejudice, it is hereby

ORDERED that the motion (Docket 63) is granted. This action is dismissed on its merits, with prejudice, and without costs or further notice to any party.

Dated January 13, 2009.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE